■ In the Matter of WILSON KAPLEN, Doing Business as MOUNTAINSIDE APARTMENTS, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, OFFICE OF RENT ADMINISTRATION, et al., Respondents, and STEPHEN M. FROMSON, Intervenor-Respondent.—Judgment of the Supreme Court, Rockland County, dated March 12, 1985, affirmed, with one bill of costs to the respondent New York State Division of Housing and Community Renewal, Office of Rent Administration and to the intervenor-respondent, for reasons stated by Justice Kelly at Special Term. Lazer, J. P., Brown, Weinstein and Niehoff, JJ., concur.